AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Rowland, Mary M. | 2. Court or Organization<br><br>U. S. Dist Court, Nothern District of Illinois | 3. Date of Report<br><br>01/28/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, full time | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

219 S. Dearborn, Room 1332
Dirksen Federal Building
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Income Partner | Hughes Socol Piers Resnick & Dym, Ltd. |
| 2. | Member of Board of Directors | Federal Bar Association, Chicago Chapter |
| 3. | Trustee | Mary M. Rowland Revocable Trust (unfunded) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Hughes Socol Piers Resnick & Dym, Ltd. Salary Savings Plan and Trust, no control |
| 2. | 2011 | Hughes Socol Piers Resnick & Dyme, LTD Salary Savings Plan and Trust, no control |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Hughes Socol Piers Resnick & Dym, Salary | $112,250.00 |
| 2. | 2011 | Hughes Socol Piers Resnick & Dym, Salary | $186,778.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Health & Disability Advocates, Salary |
| 2. | 2012 | Writer, self employed |
| 3. | 2011 | Health & Disability Advocates, salary |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 01/28/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 01/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ANNUITY A: Northwestern Mutual Variable Annuity | | | | | | | | | |
| 2. Domestic Equity/MSA/Capital Guardian | A | Int./Div. | J | T | | | | | |
| 3. Focused Appreciation/MSA/Janus | A | Int./Div. | J | T | | | | | |
| 4. Fidelity VIP Mid Cap | A | Int./Div. | J | T | | | | | |
| 5. Small Cap Value/MSA/T Rowe Price | A | Int./Div. | J | T | | | | | |
| 6. Research Internationsl Cor/MSA/MFS | A | Int./Div. | J | T | | | | | |
| 7. International Equity/MWS/Franklin Tmpl | A | Int./Div. | J | T | | | | | |
| 8. Short Term Bond/MSA | A | Int./Div. | J | T | | | | | |
| 9. Multi Sector Bond/MSA/PIMCO | A | Int./Div. | J | T | | | | | |
| 10. Russell Global Real Estate Securities | A | Int./Div. | J | T | | | | | |
| 11. Variable Life Insurance #1: Northwestern Mutual | | | | | | | | | |
| 12. Index 500 Stock/MSA | A | Int./Div. | J | T | | | | | |
| 13. Variable Life Insurance #2:Northwestern Mutual | | | | | | | | | |
| 14. Index 500 Stock/MSA | A | Int./Div. | L | T | | | | | |
| 15. Variable Life Insurance #3: Northwestern Mutual | | | | | | | | | |
| 16. Index 500 Stock/MSA | A | Int./Div. | J | T | | | | | |
| 17. Variable Life Insurance #4: Northwestern Mutual | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 01/28/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Select Bon/MSA | A | Int./Div. | J | T | | | | | |
| 19. International Equity/MSA/Franklin Tmpl | A | Int./Div. | J | T | | | | | |
| 20. High Yield Bond/MSA | A | Int./Div. | J | T | | | | | |
| 21. Russell Global Real Estate Secuirites | A | Int./Div. | J | T | | | | | |
| 22. Small Cap Value/MSA/T Rowe Price | A | Int./Div. | J | T | | | | | |
| 23. Equity Income/MSA/T Rowe Price | A | Int./Div. | J | T | | | | | |
| 24. Fidelity VIP MId Cap | A | Int./Div. | J | T | | | | | |
| 25. Rollover IRA: American Funds | | | | | | | | | |
| 26. Capital World Growth & Income Fund | A | Int./Div. | K | T | | | | | |
| 27. American Balanced Fund-A | B | Int./Div. | L | T | | | | | |
| 28. Roth IRA*1: Capital World Fund & Income Fund-! | A | Dividend | J | T | | | | | |
| 29. Roth IRA #2: American Balanced Fund-A | A | Int./Div. | J | T | | | | | |
| 30. Illinois 529 Plan | | | | | | | | | |
| 31. Oppenheimer Index Balance Portfolio Fund | B | Int./Div. | K | T | | | | | |
| 32. Oppenheimer Indexed Equity Portfolio | A | Int./Div. | J | T | | | | | |
| 33. Oppenheimber Fixed Income Portfolio | A | Int./Div. | J | T | | | | | |
| 34. HSPRD 401K: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 01/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA Emerging Markets | A | Int./Div. | J | T | | | | | |
| 36. DFA One Year Fixed Income | A | Int./Div. | K | T | | | | | |
| 37. DFA International Value | A | Int./Div. | J | T | | | | | |
| 38. DFA Large Cap Value | A | Int./Div. | K | T | | | | | |
| 39. DFA Small Cap | A | Int./Div. | J | T | | | | | |
| 40. DFA International Small Cap | A | Int./Div. | J | T | | | | | |
| 41. PIMCO Total Return Instl | A | Int./Div. | K | T | | | | | |
| 42. American Funds-AMCAP R6 | A | Int./Div. | K | T | | | | | |
| 43. American Funds-EuroPacific Growth R6 | A | Int./Div. | J | T | | | | | |
| 44. Templeton Global Bond Adv | A | Int./Div. | K | T | | | | | |
| 45. Vanguard REIT Index Signal | A | Int./Div. | K | T | | | | | |
| 46. Vanguard 500 Index Signal | A | Int./Div. | J | T | | | | | |
| 47. Variable Annuity B: Northwestern Mutual | | | | | | | | | |
| 48. Domestic Equity/MSA/Delaware Management | A | Int./Div. | J | T | | | | | |
| 49. Focused Appreciation/MSA/Janus | A | Int./Div. | J | T | | | | | |
| 50. Fidelity VIP Midcap | A | Int./Div. | J | T | | | | | |
| 51. Small Cap Value/MSA/T Rowe Price | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 01/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Research International Core/MSA/MFS | A | Int./Div. | J | T | | | | | |
| 53. International Equity/MSA/Franklin Tmpl | A | Int./Div. | J | T | | | | | |
| 54. Short Term Bond/MSA | A | Int./Div. | J | T | | | | | |
| 55. Multi Sector Bmod/MSA/PIMCO | A | Int./Div. | J | T | | | | | |
| 56. Russell Global REal Estate Securities | A | Int./Div. | J | T | | | | | |
| 57. New York Life Annuity | D | Dividend | J | T | | | | | |
| 58. QTI Human Resources 401(k) Plan | | | | | | | | | |
| 59. American Funds International EuroPacific | B | Int./Div. | J | T | | | | | |
| 60. American Funds Growth Fund of Amer R6 | B | Int./Div. | K | T | | | | | |
| 61. Dodge & Cox Balanced | B | Int./Div. | K | T | | | | | |
| 62. Dreyfus US Tresury Intermediate Fund | A | Int./Div. | K | T | | | | | |
| 63. Fidelity Money Market | A | Int./Div. | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. Northwestern Mutual Whole Life | C | Dividend | M | T | | | | | |
| 66. Northwestern Mutual Whole Life | A | Dividend | M | T | | | | | |
| 67. Fidelity Roth IRA | | | | | | | | | |
| 68. Cisco Sys Inc | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 01/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 70. Fidelity Four in One Index | B | Int./Div. | K | T | | | | | |
| 71. General Electric Co | A | Int./Div. | J | T | | | | | |
| 72. Pfizer Inc | A | Int./Div. | J | T | | | | | |
| 73. Fidelity IRA | | | | | | | | | |
| 74. Spartan 500 Index Fd Investor Class | A | Int./Div. | J | T | | | | | |
| 75. Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 76. Nokia OYJ ADR Each Repr 1 Ord Npv | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 01/28/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Mary M. Rowland Revocable Trust, indicated ni Part I, is unfunded and contains no assets.

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 01/28/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary M. Rowland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544